# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

———————————————————————————

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of November, two thousand and thirteen.

Before:     Robert A. Katzmann,
                  *Chief Judge,*
            Amalya L. Kearse,
            Raymond J. Lohier, Jr.,
                  *Circuit Judge*s.

———————————————————————————

Starbucks Corporation, a Washington corporation, Starbucks U. S. Brands LLC,

   Plaintiffs-Counter-Defendants - Appellants,

**JUDGMENT**
Docket No. 12-364

v.

Wolfe's Borough Coffee, Inc., a New Hampshire corporation,
DBA Black Bear Micro Roastery,

   Defendant-Counter-Claimant - Appellee.

———————————————————————————

The appeal in the above captioned case from a judgment of the United States District Court for the Southern District of New York was argued on the district court record and the parties' briefs. Upon consideration thereof,

IT IS HEREBY ORDERED, ADJUDGED and DECREED that the judgment of the district court is AFFIRMED in accordance with the opinion of this court.

For The Court:

Catherine O'Hagan Wolfe,
Clerk of Court

